UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X   Return Date: December 14, 2010
                                                                               at 9:30AM
IN RE:

WELLINGTON HERNANDEZ                              Case No. 10-37014
                                                                     Chapter 13

                                              Debtor.           **NOTICE OF MOTION FOR**
                                                                                **APPROVAL OF MORTGAGE**
                                                                                 **LOAN MODIFICATION**

----------------------------------------------------------X
**SIRS/MADAMS:**

      **PLEASE TAKE NOTICE**, the Debtor named herein, by Julius A. Rivera, Jr., their attorney, will move before Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the Courthouse located at 355 Main Street, Poughkeepsie, New York 12601 on the 14th day of December, 2010 at 9:30 o'clock in the forenoon or as soon thereafter as counsel can be heard, for an Order pursuant to Federal Bankruptcy Rule 9019 (a) approving the modification of a Mortgage Loan and for such other and further relief as the court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, shall be served and filed at least three (3) days prior to the return date thereof.

Dated:   November 15, 2010

                                                                          Yours, etc.

                                                                          JULIUS A. RIVERA JR., ESQ.
                                                                          806 South Street
                                                                          Peekskill, New York 10566
                                                                          914-734-1442

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE:

WELLINGTON HERNANDEZ

Case No. 10-37014 cgm
Chapter 13

**MOTION FOR AN ORDER
APPROVING THE MODIFICATION
OF A MORTGAGE LOAN**

Debtor.
-------------------------------------------------------X

**TO:   Honorable Cecelia G. Morris, U.S. Bankruptcy Judge**

1. The debtor filed a Chapter 13 Bankruptcy petition in this Court on June 30, 2010.

2. Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2001-D, asset-Backed Certificates, series 2001-D (hereinafter Wells Fargo) filed a secured claim dated July 5, 2010 and docketed as claim number 5 on July 31, 2010 claiming a Mortgage Lien on the Debtors homestead real property located at 20 Wallkill Avenue, Middletown, New York, 10940. American Home Mortgage Servicing, Inc services the loan. It is claimed that the Debtors pre-petition arrearages on this loan are $50,017.39, the total loan balance is $156,508.71 and the current interest rate is 11.050%. Attached is a copy of the claim.

3. Wells Fargo has offered to modify the Mortgage Loan by capitalizing the arrearages, and reducing the interest to 2% for the 1st two years, 3% for the 3rd year and 4.190% at a fixed rate for the 4th and subsequent years with a Maturity date of September 1, 2031 which will fully amortize the loan. Attached is a copy of the offer.

4. The Debtor accepts this offer and respectfully requests that the Court enter an Order approving the modification of this loan. The Debtor also respectfully requests that it be directed by the Court that the claim of Wells Fargo shall be disallowed in the event that Wells Fargo does not either withdraw their claim docket as claim number 5 as aforementioned or amend the claim to reflect zero arrearages within 14 days of the date the Order approving the modification is docketed.

**WHEREFORE,** it is respectfully requested that the motion of the Debtor to obtain approval from the Court of the modification of the mortgage loan be granted as well as such other and further relief as the Court deems just and proper.

Dated:  Peekskill, New York
        November 15, 2010

                                /s/ Julius A. Rivera, Jr.

                              _____
                              Julius A. Rivera, Jr. (JR7727)
                              806 South Street
                              Peekskill, New York 10566
                              914- 734-1442

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF NEW YORK POUGHKEEPSIE DIVISION | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Wellington Hernandez | Case Number: 10-37014-CGM |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2001-D, Asset-Backed Certificates, Series 2001-D

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
American Home Mortgage Servicing, Inc
1525 S. Beltline Road, Suite 100 N
Coppell, Texas 75019

Court Claim Number: #5
*(If known)*

Filed on: 7/31/2010

Name and address where payment should be sent (if different from above):
American Home Mortgage Servicing, Inc
1525 S. Beltline Road, Suite 100 N
Coppell, Texas 75019

Telephone Number: (800) 704-0800

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $156,508.71

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Money Loaned
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** xxxxxx6191

3a. **Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other: _____
**Describe:** 20 Wallkill Avenue, Middletown, New York 10940

**Value of Property:** not available    **Annual Interest Rate:**

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $50,017.39 **Basis for perfection:** Recordation of Lien

**Amount of Secured Claim:** $156,508.71    **Amount Unsecured** $0.00

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date: July 31, 2010 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Lawrence J. Buckley  as Creditor's Authorized Agent    P.O. Box 829009<br>972.643.6600                                                                                                             Dallas, TX 75382-9009 | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
7417-N-9900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-37014-CGM |
| WELLINGTON HERNANDEZ § | |
| § | CHAPTER 13 |
| § | |
| § | JUDGE CECELIA G. MORRIS |

## EXHIBIT A

ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF AMERICAN HOME MORTGAGE SERVICING, INC, AS SERVICING
AGENT FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST
2001-D, ASSET-BACKED CERTIFICATES, SERIES 2001-D
REGARDING CERTAIN COLLATERAL DESCRIBED AS:
20 WALLKILL AVENUE, MIDDLETOWN, NEW YORK 10940

### SECTION 1. ITEMIZATION OF CLAIM

1. **Total Debt (As of June 30, 2010)** — $156,508.71
2. **Interest rate as of June 30, 2010** — 11.05%
3. **Interest from Last Paid Installment** — $26,750.12
4. **Detail of arrearage: (through June 30, 2010)**
   17 payments June 2008 through October 2009 @ $1,494.24 each: — $25,402.08
   8 payments November 2009 through June 2010 @ $1,528.61 each: — $12,228.88
   Accrued late charges — $177.60

   ** PRE-PETITION ATTORNEY FEES AND COSTS — $3,672.55
   Attorney Fees $1,000.00
   Court Costs $845.00
   Filing Costs $211.38
   Recording Costs $45.00
   Sale Costs $441.50
   Service Costs $804.67
   Title Report Costs $325.00

   ** PRIOR BANKRUPTCY FEES AND COSTS — $1,150.00
   Prior Bankruptcy Attorney Fees $850.00
   Prior Bankruptcy Costs $300.00

   ** POST-PETITION BANKRUPTCY FEES AND COSTS — ($0.00)

   ** OTHER CHARGES
   Inspection Fees — $182.40
   Appraisal Fees — $495.00
   NSF Fees — $60.00
   Escrow Shortage — $6,667.58
   Credit Report Fees — $3.50
   Less Suspense Account Balance — ($22.20)

EXHIBIT A - ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING DOCUMENTS    1

GERALD M. SHAPIRO
LICENSED IN ILLINOIS & FLORIDA
DAVID S. KREISMAN
LICENSED IN ILLINOIS
JOHN A. DICARO

SHARI SELTZER BARAK
MANAGING PARTNER

JOSE ARIAS, JR.
JOHN D. DELLO-IACONO
JENNIFER RANDO CRISTIANO

Law Offices of
**Shapiro, DiCaro & Barak, LLP**
105 Maxess Road
Suite N109
Melville, New York 11747
(631) 844-9611
FAX(631) 844-9525

ROCHESTER OFFICE

JOHN A. DICARO
MANAGING PARTNER

250 MILE CROSSING BLVD.
SUITE ONE
ROCHESTER, NY 14624
(585) 247-9000
FAX(585) 247-7380

ALISSA L. BADER
FRANK M. CASSARA
MICHAEL J. CHATWIN
JILLIAN K. FARRAR
GARY M. KANELLIS
ANNE MILLER-HULBERT
ELLIS M. OSTER

KAREN R. MCCLOSKEY
OF COUNSEL

November 12, 2010

Honorable Cecelia G. Morris
U.S. Bankruptcy Court
355 Main Street
Poughkeepsie, NY 12601

RE:   Wellington Hernandez
      10-37014

Dear Judge Morris,

Please be advised we represent American Home Mortgage in the above referenced loss mitigation. Mr. Hernandez was approved for a modification. Proposed terms have been sent to Debtor's Counsel for review. A final modification agreement is prepared for Mr. Hernandez. Once modification agreement is completed it will sent to Debtor's counsel for Mr. Hernandez's execution.

Thank you for your cooperation.

Very truly yours,

Jennifer Rando Cristiano

Good morning,

My name is Ruslan Parsegyan with American Home Mortgage Servicing Inc. Attached is the Schedule A for a loan modification that has been granted for the borrower. In order to start the closing process, we would need Trustee or Courts approval for the loan modification in any active bankruptcy status. The Schedule A should be sufficient enough to render a Motion to modify the loan. If you need any additional information, please contact me via e-mail. Thank you.

| Terms | Current | Modified/New | | | |
|---|---|---|---|---|---|
| UPB | $110,176.62 | $164,397.02 | | | |
| Interest Rate | 11.050% | 2.000% | 2.000% | 3.000% | 4.190% |
| Monthly P&I | $1,110.04 | YEAR1: $804.61 | | | |
| | | YEAR2: $804.61 | | | |
| | | YEAR3: $877.79 | | | |
| | | YEAR4: $965.35 | | | |
| Maturity Date | 9/1/2031 | 9/1/2031 | | | |
| Due Date | 6/1/2008 | 12/1/2010 | | | |
| Product Type (ARM to FIXED, etc) | FIXED | STEP/FIXED | | | |
| Principal Forgiveness | N/A | $0.00 | | | |
| Balloon Payment | N/A | $0.00 | | | |
| Balloon Date | N/A | | | | |
| Modification Effective Date | N/A | 11/1/2010 | | | |

Ruslan Parsegyan
Loan Consultant II
BK Loss Mitigation Negotiator
American Home Mortgage Servicing Inc.
4875 Belfort Road Suite 130
Jacksonville FL 32256

Office: 1-877-304-3100 ext. 66050
Fax: 1-866-239-8756
Ruslan.Parsegyan@ahmsi3.com


-----Original Message-----
From: A4AJKSNLD05001
Sent: Monday, October 25, 2010 10:39 AM
To: Ruslan Parsegyan
Subject:

This E-mail was sent from "RNPEBB6C8" (Aficio MP 5000).

Scan Date: 10.25.2010 10:39:13 (-0400)
Queries to: A4AJKSNLD05001

Confidentiality Notice: This e-mail, including any attachments, may contain information that is private, confidential, or protected by attorney-client or other privilege. It is intended only for the use of the intended recipient, and is the property of American Home Mortgage Servicing, Inc. or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication may be prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

# Loan Modification Agreement
## Schedule A

Name of Borrower(s): WELLINGTON HERNANDEZ

Loan Number: 4936191

| DESCRIPTION OF TOTAL AMOUNT DUE | AMOUNT DUE |
|---|---|
| Current Principal Balance | $110,176.62 |
| Total Amount Capitalized | $54,220.40 |
| **NEW PRINCIPAL BALANCE** | **$164,397.02** |

### BALLOON LOAN DISCLOSURES (if applicable)

| | |
|---|---|
| Amortizing Amount | $164,397.02 |
| Deferment Amount | $0.00 |
| Total Balloon Payment * | $0.00 |

* The Balloon Payment is subject to change if your loan contains a variable rate feature.

### ITEMIZATION OF AMOUNT DUE

| | | Deferred Amount | Total Due |
|---|---|---|---|
| Delinquent/Unpaid Interest | 5/1/2008 To 10/31/2010 | | $30,018.74 |
| Attorney Fee/Costs | | $0.00 | $5,622.55 |
| Unpaid Taxes / Unpaid Insurance / Escrow Reserves | | $0.00 | $18,788.91 |
| Modification Fee | | $0.00 | $0.00 |
| Document Preparation Fee | | $0.00 | $0.00 |
| Title Fee (if applicable) | | $0.00 | $0.00 |
| Property Preservation | | $0.00 | $0.00 |
| Property Inspection | | $0.00 | $57.60 |
| Broker Price Opinion (BPO) (Estimated Value of Property) | | $0.00 | $495.00 |
| Borrower Interview | | $0.00 | $0.00 |
| Interest on Secured Advances (AHMSI paid funds on behalf of borrower) | | $0.00 | $0.00 |
| Late Charges | | $0.00 | $177.60 |
| Demand Fee | | $0.00 | $0.00 |
| Fax Fee | | $0.00 | $0.00 |
| Non-Sufficient Funds (NSF) (Returned Check Fees) | | $0.00 | $60.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| **TOTALS** | | $0.00 | $55,220.40 |
| Borrower Contribution | | | $1,000.00 |
| Mortgage Insurance Contribution | | | $0.00 |
| Total Deferred Amount | | | $0.00 |
| Amount towards 1st payment due | | | $0.00 |
| Total Amount Capitalized | | | $54,220.40 |

| | |
|---|---|
| New Principal and Interest Payment Effective: ** 12/1/2010 | $804.61 |
| Monthly Tax Payment *** | $365.33 |
| Monthly Insurance Payment *** | $93.17 |
| Monthly Mortgage Insurance Payment | $0.00 |
| Total Payment | $1,263.11 |

** If your loan contains an variable rate feature, your monthly principal and interest payment is subject to change based on the terms of the Note and Modification Agreement.
*** Includes estimated amount for the monthly escrow payment (which is subject to change).

Borrower initials here: _W/H_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X   Case No. 10-37014 (cgm)
IN RE:                                                        Chapter 13

WELLINGTON HERNANDEZ,

            Debtor.
----------------------------------------------------------X

## ORDER

Upon the Motion of the Debtor returnable before the undersigned on December 14, 2010 for an Order pursuant to Bankruptcy Rule 9019 (a) approving a Mortgage Loan Modification, and there being no opposition to said Motion. it is

**ORDERED** that the modification of the Mortgage Loan which loan is evidenced by Claim number 5 dated July 31, 2010 and Docketed on July 31, 2010, is herby approved, and it is

**ORDERED** that claim number 5 is disallowed if the Claim is not withdrawn or amended to reflect zero arrearages within 14 days of the date that this order is docketed.

Dated:                    , 2010
Poughkeepsie, New York


                                                Honorable Cecelia G. Morris
                                                UNITED STATES BANKRUPTCY JUDGE

AFFIDAVIT OF SERVICE

State of Florida      )
                      ) SS.:
County of Volusia)

      I, Elizabeth Rivera, being duly sworn, say: I am not a Party to the action, am over 18 year's of age and reside at Daytona Beach Florida. On November 15, 2010 I served the within Notice of Motion for approval of a Loan Modification pursuant to Federal Rule of Bankruptcy Procedure 9019(a), Exhibits and Proposed Order by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of Florida, addressed to each of the following person at the last known address set forth after each name below and attached hereto:

Office of the U.S. Trustee
74 Chapel Street, Suite 200
Albany, New York 12207


Jeffrey L. Sapir, Chapter 13 Trustee
399 Knollwood Road, Suite 102
White plains, New York 10603


Shapiro, Dicaro & Barak, LLC.
ATT: Jennifer Rando Cristiano Esq.
105 Maxess Road
Suite N109
Melvill, New York 11747

                                                /S/ Elizabeth Rivera
                                                _____
                                                Elizabeth Rivera

Sworn to before me

This 15th day of November 2010

/s/ Diane E. DiGirolamo
NOTARY PUBLIC

**DIANE E. DIGIROLAMO**
**Notary Public, State of Florida**
**Commission No. DD930768**
**Commission Expires: October 6, 2013**