UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Return Date: March 22, 2011
                                                                @ 10:45AM
IN RE:

WELLINGTON HERNANDEZ,                          Case No. 10-37014-cgm
                                                                Chapter 13

                                                                   **NOTICE OF MOTION TO
                                                                AVOID A LIEN
                                                                PURSUANT TO 11 U.S.C. 522(f)**

                              Debtor(s).
------------------------------------------------------------X
**SIRS/MADAMS:**

       **PLEASE TAKE NOTICE,** the Debtor named herein, by Julius A. Rivera, Jr., his attorney, will move before Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the Courthouse located at 355 Main Street, New York 12601 on the 22nd day of March, 2011 at 10:45 o'clock in the forenoon or as soon thereafter as counsel can be heard, for an Order to Avoid A Lien pursuant to 11 U.S.C 522(f), and for such other and further relief as the Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, shall be served and filed at least three (3) days prior to the return date thereof.

Dated: February 10, 2011

                                               Yours, etc.
                                               JULIUS A. RIVERA, ESQ.(JR7727)
                                               806 South Street
                                               Peekskill, New York 10566
                                               914-734-1442

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:

WELLINGTON HERNANDEZ,

Case No. 10-37014-cgm
Chapter 13

**MOTION TO AVOID A LIEN PURSUANT TO 11 U.S.C. 522(f)**

Debtor(s).
------------------------------------------------------------X

**TO:   Honorable Cecelia G. Morris U.S. Bankruptcy Judge**

1. The Debtor filed a Chapter 13 Bankruptcy petition in this Court on June 30, 2010.

2. LVNV Funding, LLC A/P/O Household Bank (SB) NA previously obtained Civil Judgment against the Debtor and that Judgment was entered with the Orange County Clerk on March 7, 2008. Attached is a copy of the recorded Judgment and the proof of claim filed by LVNV Funding LLC docketed as Claim # 7 in this case.

3. That pursuant to N.Y.S Law, that Judgment became a Judicial Lien against the Real Property located in the County of Orange to wit; 20 Wallkill Avenue, Middletown, NY 10940.

4. Upon information and belief, the property located at 20 Wallkill Avenue, Middletown, NY 10940 was the Homestead of the Debtor on the date the Judgment was entered and on the date of the Bankruptcy filing and it continues to be the Debtors' Homestead.

5. The Homestead is encumbered by a first Mortgage lien in favor of Wells Fargo Bank, NA. The balance due on the mortgage loan at the time of the filing of the Bankruptcy was approximately $ 156,508.71 and the value of the property at that time was approximately $ 97,500.00. Attached is a copy of of the claim of Wells

Fargo Bank, NA, docketed as claim # 5 and a copy of the Broker letter of Value summarizing a Current Market Analyses prepared by Linda Zema Associate RE Broker with John J. Lease Curabba Realtors stating a value of 97,500.00.

6. That the Judgment of LVNV Funding, LLC A/P/O Household Bank (SB) NA impairs the Debtors homestead exemption as defined in U.S.C. 522(f).

**WHEREFORE,** it is respectfully requested that the Motion of the Debtor to obtain an Order pursuant to U.S.C. 522(f) avoiding a lien against the debtors' Homestead be granted as well as such other and further relief as the Court deems just and proper.

Dated: Peekskill, New York
       February 10, 2011

                                                         _s/Julius A. Rivera, Jr., Esq._
                                                         Julius A. Rivera, Jr., Esq. (JR7727)
                                                         806 South Street
                                                         Peekskill, New York 10566
                                                         914-734-1442

## MEMORANDUM OF LAW ON BEHALF OF THE DEBTORS

### PRELIMINARY STATEMENT

This Memorandum of Law is respectfully submitted in support of the Motion of the Debtor for an Order to Avoid a Lien pursuant to 11 U.S.C 522(f).

### STATEMENT OF FACTS

The statement of facts in support of the Debtor's motion is contained in the motion of the debtors attached hereto.

### ARGUMENT IN SUPPORT OF AVOIDING THE LIEN

11 U.S.C. 522(f) states in pertinent part

(1) Notwithstanding any waiver of exemptions but subject to paragraph (3), the debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled under subsection ( b) of this section, if such lien is

    (A)    a judicial lien ( the statute continues to specify judicial liens that are not subject to avoidance, none of which are applicable here).

f(2)(A) For purposes of this section, a lien shall be considered to impair an exemption to the extent that the sum of

    (i)    the lien;
    (ii)    all other liens on the property; and
    (iii)    the amount of the exemption that the debtor could claim if there were no liens on the property; exceeds the value that the debtor's interest in the property would have in the absence of any liens.

Applying this formula to the facts of this case, the lien impairs the exemption as defined in the Bankruptcy code and it should be avoided completely.

(i) The lien:    $1,640.39 Judicial Lien of LVNV Funding LLC.

   PLUS

(ii) All other liens on the property: $ 156,508.71 First Mortgage Lien.

   PLUS

(iii) Amount of exemption that the debtor could claim if there were no liens on the property:   $150,000.00

EQUALS TOTAL OF  $ 308,149.10
(iii) The value that the debtor's interest in the property would have in the absence of any liens: $ 93,500.00
(iii) $308,149.10 less $ 93,500.00 equals $ 214,649.10 which is the extent to which the lien of LVNV Funding LLC.impairs the debtor's homestead exemption, therefore the lien should be totally avoided.

## CONCLUSION

   For the forgoing reasons, it is respectfully requested that the court sign an order to Avoid A Lien pursuant to 11 U.S.C 522(f).

                                    Respectfully submitted,

                                    /s/ Julius A. Rivera
                                    Julius A.Rivera,Jr.(JR7727)
                                    806 South Street
                                    Peekskill, New York 10566
                                    914-734-1442

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT Southern District of New York, Poughkeepsie Division | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>Willington Hernandez -- SS No. XXX-XX-8134 | Case Number:<br>1037014 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>LVNV FUNDING, LLC | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>C/O Resurgent Capital Services, LP<br>P.O. Box 10675<br>Greenville, SC 29603- | Court Claim Number: #7<br>*(If known)* |
| Telephone number:<br>(800)365-7107 | Filed on: 10/12/2010 |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | ☐ Check this box if you are the debtor or trustee in this case. |

1. **Amount of Claim as of Date Case Filed:** $ 1,640.39

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** JUDGMENT
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 7446

   3a. Debtor may have scheduled account as: 4805
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☒ Other
   Describe: JUDGMENT - INTEREST - FEES
   Value of Property: $_____   Annual Interest Rate 9.00000 %

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $ 0.00   Basis for perfection: _____

   Amount of Secured Claim: $ 1,640.39   Amount Unsecured: $ 0

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(____).

   Amount entitled to priority:
   $ 0

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date:<br>10/12/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Wendy Duncan | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

INDEX NO. 2869/07
CITY COURT OF THE CITY OF MIDDLETOWN
COUNTY OF ORANGE

LVNV FUNDING LLC
A/P/O HOUSEHOLD BANK(SB) N. A.

PLAINTIFFS

AGAINST

WILLINGTON HERNANDEZ

DEFENDANTS.
7446

JUDGMENT    ON DEFAULT *

| | |
|---|---|
| AMOUNT CLAIMED IN COMPLAINT | $ 1,195.53 |
| LESS PMTS THRU | $ .00 |
| BALANCE OF CLAIM AMOUNT DUE | $ 1,195.53 |
| INTEREST FROM 12/31/04 | $ 338.86 |
| ATTORNEYS FEES WAIVED | $ .00 |
| | $ 1,534.39 |
| COSTS BY STATUTE | $ 20.00 |
| SERVICE OF SUMMONS & COMP | 30.00 |
| FILING OF SUMMONS & COMP | 45.00 |
| MOTION FEE | |
| PROSPECTIVE EXECUTION FEE | |
| TRANSCRIPT & DOCKETING | 6.00 |
| REQ JUD INT | |
| SATISFACTION PIECE | 5.00 |
| SUBTOTAL | 106.00 |
| TOTAL | $ 1,640.39 |

* PURSUANT TO FDCPA, PLEASE TAKE
* NOTICE THAT FORSTER AND GARBUS
* IS A DEBT COLLECTOR.

JUDGMENT ENTERED ON: March 7, 2008

JUDGMENT IS RENDERED IN FAVOR OF THE
PLAINTIFF
LVNV FUNDING LLC
A/P/O HOUSEHOLD BANK(SB)N.A.
15 S MAIN ST, STE 600 GREENVILLE SC 29601

AND AGAINST THE FOLLOWING DEFENDANT(S)
WILLINGTON HERNANDEZ
20 WALLKILL AVE APT 1
MIDDLETOWN NY 10940

AS HEREIN ABOVE COMPUTED IN THE SUM
OF $ 1,640.39
AND IT IS ADJUDGED THAT THE PLAINTIFF
HAS EXECUTION THEREFORE.

_____, CLERK

STATE OF NY, COUNTY OF SUFFOLK    SS:
JOEL D. LEIDERMAN AFFIRMS TRUE UN-
DER PENALTY OF PERJURY: HE IS ASSOC
WITH PLAINTIFF'S ATTY, ADMITTED TO
PRACTICE IN NY; DISBURSEMENTS SPECI-
FIED HEREIN, HAVE BEEN OR WILL
NECESSARILY BE MADE OR INCURRED, ARE
REASONABLE IN AMOUNT; SERVICE OF
SUMMONS/VERIFIED COMPLAINT HAS BEEN
MADE UPON DEFENDANT BY PERSONAL/SUB
SERVICE AS APPEARS BY AFFIDAVIT
OR ACKNOWLEDGEMENT OF SERVICE. THE
TIME OF DEFENDANT/S TO APPEAR
OR ANSWER HAS EXPIRED AND THE DE-
FENDANT/S HAVE NOT APPEARED OR AN-
SWERED. THIS AFFIRMATION IS MADE IN
COMPLIANCE WITH 50 USCS APPX SECS
501 ET SEQ AND N.Y.M.L. 300-328.
THE DEFENDANT IS NOT AT THE
PRESENT TIME IN THE MILITARY OR
NAVAL SERVICE OF THE USA OR OF
ANY ALLIED NATION OF THE USA AS
SUCH TERM IS DEFINED BY THE ACTS OF
CONGRESS. I BASE SUCH STATEMENTS
ABOVE UPON THE FACTS STATED IN THE
AFFIDAVIT OF THE PROCESS SERVER.
AFFIRMANT GAVE ADDITIONAL
NOTICE OF THIS ACTION TO DEFENDANTS
BY MAILING A COPY OF THE SUMMONS
IN FIRST CLASS POSTAGE PAID
ENVELOPES MARKED "PERSONAL AND
CONFIDENTIAL" WITH NO INDICATION
THAT IT WAS FROM AN ATTORNEY OR
CONCERNED AN ALLEGED DEBT
ON                     1/24/08
BY DEPOSITING IT IN A POST OFFICE/
BOX UNDER THE EXCLUSIVE CARE AND
CONTROL OF THE USPS IN NEW YORK.

THE ENVELOPES WERE ADDRESSED TO

WILLINGTON HERNANDEZ

THE DEFENDANT/S    AT
20 WALLKILL AVE APT 1
MIDDLETOWN NY 10940

THIS BEING THE LAST KNOWN RESIDENCE
OF THE DEFENDANT/S.
MORE THAN 20 DAYS HAVE ELAPSED
SINCE THEN, AND THE SUMMONS SO
MAILED HAS NOT BEEN RETURNED BY THE
USPO AS UNDELIVERABLE.
I AFFIRM THE SUMMONS AND COMPLAINT
AND AFFIDAVIT (OR ACKNOWLEDGMENT)
HAVE BEEN FILED IN THIS COURT UNDER
THE ABOVE INDEX #.

DATED:    2/26/08    _____
                     JOEL D. LEIDERMAN
FORSTER & GARBUS, ATTYS FOR PLAINTIFF
500 BI CNTY BLV, FRMNGDL, NY  631-393-9400

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF NEW YORK POUGHKEEPSIE DIVISION | PROOF OF CLAIM |
|---|---|

Name of Debtor: Wellington Hernandez

Case Number: 10-37014-CGM

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2001-D, Asset-Backed Certificates, Series 2001-D

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
American Home Mortgage Servicing, Inc
1525 S. Beltline Road, Suite 100 N
Coppell, Texas 75019

Court Claim Number: #5
(If known)

Filed on: 7/31/10

Name and address where payment should be sent (if different from above):
American Home Mortgage Servicing, Inc
1525 S. Beltline Road, Suite 100 N
Coppell, Texas 75019

Telephone Number: (800) 704-0800

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $156,508.71

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

2. **Basis for Claim:** Money Loaned
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** xxxxxx6191

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:** ☒ Real Estate  ☐ Motor Vehicle  ☐ Other: _____
   **Describe:** 20 Wallkill Avenue, Middletown, New York 10940

   **Value of Property:** not available    **Annual Interest Rate:**

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any: $50,017.39 **Basis for perfection:** Recordation of Lien

   **Amount of Secured Claim:** $156,508.71    **Amount Unsecured** $0.00

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date:
July 31, 2010

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
/s/ Lawrence J. Buckley  as Creditor's Authorized Agent       P.O. Box 829009
:972.643.6600                                                  Dallas, TX 75382-9009

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
7417-N-9900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

IN RE: §
§
WELLINGTON HERNANDEZ § CASE NO. 10-37014-CGM
§
§ CHAPTER 13
§
§ JUDGE CECELIA G. MORRIS

## EXHIBIT A

ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF AMERICAN HOME MORTGAGE SERVICING, INC, AS SERVICING
AGENT FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST
2001-D, ASSET-BACKED CERTIFICATES, SERIES 2001-D
REGARDING CERTAIN COLLATERAL DESCRIBED AS:
20 WALLKILL AVENUE, MIDDLETOWN, NEW YORK 10940

### SECTION 1. ITEMIZATION OF CLAIM

| | | |
|---|---|---:|
| 1. | Total Debt (As of June 30, 2010) | $156,508.71 |
| 2. | Interest rate as of June 30, 2010 | 11.05% |
| 3. | Interest from Last Paid Installment | $26,750.12 |
| 4. | Detail of arrearage: (through June 30, 2010) | |
| | 17 payments June 2008 through October 2009 @ $1,494.24 each: | $25,402.08 |
| | 8 payments November 2009 through June 2010 @ $1,528.61 each: | $12,228.88 |
| | Accrued late charges | $177.60 |
| | | |
| | ** PRE-PETITION ATTORNEY FEES AND COSTS | $3,672.55 |
| | Attorney Fees $1,000.00 | |
| | Court Costs $845.00 | |
| | Filing Costs $211.38 | |
| | Recording Costs $45.00 | |
| | Sale Costs $441.50 | |
| | Service Costs $804.67 | |
| | Title Report Costs $325.00 | |
| | | |
| | ** PRIOR BANKRUPTCY FEES AND COSTS | $1,150.00 |
| | Prior Bankruptcy Attorney Fees $850.00 | |
| | Prior Bankruptcy Costs $300.00 | |
| | | |
| | ** POST-PETITION BANKRUPTCY FEES AND COSTS | ($0.00) |
| | | |
| | ** OTHER CHARGES | |
| | Inspection Fees | $182.40 |
| | Appraisal Fees | $495.00 |
| | NSF Fees | $60.00 |
| | Escrow Shortage | $6,667.58 |
| | Credit Report Fees | $3.50 |
| | Less Suspense Account Balance | ($22.20) |

EXHIBIT A - ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING DOCUMENTS   1



Prepared for Wellington Hernandez

### General Facts About Pricing...

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

### Market Statistics...

| Sell Price Statistics | | Sell Price Per Sq. Ft. Statistics | | |
|---|---|---|---|---|
| Average Price: | $97,500 | Average Price/Sq Ft: | $45.78 x 1,826 | $83,600 |
| High Price: | $129,900 | High Price/Sq Ft: | $55.90 x 1,826 | $102,100 |
| Median Price: | $82,500 | Median Price/Sq Ft: | $46.73 x 1,826 | $85,300 |
| Low Price: | $80,000 | Low Price/Sq Ft: | $34.72 x 1,826 | $63,400 |

Figures are based on selling price after adjustments, and rounded to the nearest $100.

### Summary...

Analysis of the selected comparable properties suggest similar properties are selling in the price range of:    $80,000 to $129,900

### Recommend Price: $97,500

**Linda E Zema**
**John J Lease Curabba REALTORS**
495 Schutt Rd Ext, Middletown, NY, 10940
Offfice Phone: 845-344-2800 | Office Fax: 845-344-2008



jht 2011 Greater Hudson Valley MLS. Information deemed reliable but not guaranteed.    01/23/11    07:29 PM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                    Chapter 13
                                                                               Case No. 10-37014-cgm
WELLINGTON HERNANDEZ,

                                          Debtors.
-----------------------------------------------------------X        **AFFIDAVIT OF SERVICE**

State of Florida              )
                                       ) SS.:
County of Volusia           )

    I, Faye Adams, being duly sworn, say: I am not a Party to the action, am over 18 year's of age and reside at Daytona Beach, Florida. On February 10, 2011, I served the Notice of Motion and Motion to obtain an Order pursuant to U.S.C. 522(f) avoiding a lien against the Debtors Homestead by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of Florida, addressed to each of the following persons:

Jeffrey L. Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, New York 10603

Office of the US Trustee
74 Chapel Street, Suite 200
Albany, New York 12207

LVNV Funding
C/O Resurgent Capital Services, LP
Att: President
PO Box 10675
Greenville, SC 29603

                                                                /S/ *Faye Adams*
                                                                 FAYE ADAMS

Sworn to before me
This 10th day of February 2011
/S/ Diane E. DiGirolamo

NOTARY PUBLIC

DIANE E. DIGIROLAMO
Notary Public, State of Florida
Commission No. DD930768
Commission Expires: October 6, 2013